TIMEBASE PTY LTD., Plaintiff–Appellant,

v.

The THOMSON CORPORATION, West Publishing Corporation, and West Services, Inc., Defendants–Appellees.

No. 2012–1082.

United States Court of Appeals, Federal Circuit.

June 19, 2012.

Joseph N. Hosteny, Niro, Haller & Niro, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Arthur A. Gasey and Robert A. Conley.

David J.F. Gross, Faegre Baker Daniels, LLP, of Minneapolis, MN, argued for defendants-appellees. With him on the brief were Calvin L. Litsey, Mary V. Sooter and Kevin P. Wagner.

NEWMAN, LOURIE, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**